**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1171**

ROBERT HOFF,

            Plaintiff - Appellant,

      v.

OFFICER C. DAVIS,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:06-cv-02138-TLW)

Submitted:  June 1, 2010          Decided:  June 10, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Hoff, Appellant Pro Se.  Samuel F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Hoff appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Hoff v. Davis, No. 4:06-cv-02138-TLW (D.S.C. filed Jan. 6, 2009 & entered Jan. 7, 2009; Jan. 15, 2010).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED